≋JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Robert Foster

## DEFENDANTS
Frank Siegel

**(b)** County of Residence of First Listed Plaintiff: **Philadelphia**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Out-of-State**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Adam D. Wilf, Esquire - Lundy Law, LLP
1635 Market Street - 19th Floor
Philadelphia, PA  19103-2297    Telephone:  (215) 567-3000

Attorneys (If Known)
James D. Hilly, Esquire - Marshall Dennehey, et al.
620 Freedom Business Center - Suite 300
King of Prussia, PA  19406    Telephone:  (610) 354-8493

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☒ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing  (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1332 - Diversity of Citizenship

Brief description of cause:
Plaintiff is a citizen of this state and Defendant is a citizen of another state.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE: 9/21/15

SIGNATURE OF ATTORNEY OF RECORD
James D. Hilly, Esquire   /s/ [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CASE MANAGEMENT TRACK DESIGNATION FORM**

Robert Foster                                                           :           CIVIL ACTION
                                                                        :
                     v.                                                 :
                                                                        :
Frank Siegel                                                            :           NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                     ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                            ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                     ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                        ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.            (✓)

9/21/15                          James D. Hilly, Esquire          Defendant, Frank Siegel
---------                        ----------------------           ---------------------
**Date**                         **Attorney-at-law**              **Attorney for**

(610) 354-8493                   (610) 354-8299                   jdhilly@mdwcg.com
--------------                   --------------                   -----------------
**Telephone**                    **FAX Number**                   **E-Mail Address**

(Civ. 660) 10/02

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 1120 E. Susquehanna Avenue, Philadelphia, Pennsylvania

Address of Defendant: 2807 Hunterdon Drive, Cinnaminson, New Jersey

Place of Accident, Incident or Transaction: 700 East Girard Avenue, Philadelphia, Pennsylvania
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes ☐  No ☑

Does this case involve multidistrict litigation possibilities?   Yes ☐  No ☑

RELATED CASE, IF ANY:
Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes ☐  No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes ☐  No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes ☐  No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes ☐  No ☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases*:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify)

B. *Diversity Jurisdiction Cases*:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☑ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury
   (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify)

## ARBITRATION CERTIFICATION
(*Check Appropriate Category*)

I, _____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
                        Attorney-at-Law          Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 9/21/15     James D. Hilly, Esquire  /s/ DHx     27571
                  Attorney-at-Law                      Attorney I.D.#

CIV. 609 (6/08)

14196.01789..378.syw.101890963

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT FOSTER | : | CIVIL ACTION - LAW |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| FRANK SIEGEL | : | NO. |

----

| | | |
|---|---|---|
| ROBERT FOSTER | : | COURT OF COMMON PLEAS |
| | : | PHILADELPHIA COUNTY |
| v. | : | |
| | : | AUGUST TERM, 2015 |
| | : | |
| FRANK SIEGEL | : | NO. 004482 |

**NOTICE OF REMOVAL**

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA:**

Defendant, **FRANK SIEGEL**, by and through his attorney, James D. Hilly, Esquire, hereby removes the above-captioned case to this Honorable Court and provides notice of same to counsel representing the plaintiff. In support of the removal, the defendant avers as follows:

(1) That on September 3, 2015, Plaintiff filed a Complaint in the Court of Common Pleas against Defendant, Frank Siegel, a copy of which is attached hereto and marked as Exhibit "A".

(2) That Plaintiff, **ROBERT FOSTER**, is upon information and belief an individual citizen residing at 1120 E. Susquehanna Avenue, in the City of Philadelphia and the Commonwealth of Pennsylvania.

(3) That Defendant, **ROBERT FOSTER**, is an individual citizen of the State of New Jersey residing at 2807 Hunterdon Drive, Cinnaminson, New Jersey.

(4) That this is a Civil Action for personal injuries arising out of a motor vehicle accident which occurred at 700 East Girard Avenue, Philadelphia, Pennsylvania on or about February 7, 2015 (mistated in the Complaint as July 7, 2015).

(5) The defendant was served at his home in New Jersey by certified mail on or after September 8, 2015.

(6) Based upon the allegations in the Complaint, Defendant reasonably believes that the amount in controversy is in excess of the jurisdictional limit of $75,000.00 and that jurisdiction is therefore based upon the diversity of citizenship of the party plaintiff and the parties defendant. These allegations include claims of severe and permanent injuries including but not limited to right tibial plateau fracture, surgical repair, permanent loss of function of the right leg, right knee pain, scarring and head injury for which he claims severe pain and disability presently and into the future.

(7) The above-described Civil Action is one in which this Honorable Court has original jurisdiction pursuant to Title 28 United States Code Section 1332 based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy is in excess of $75,000.00 and is accordingly one which may be removed to this Honorable Court by Notice pursuant to Title 28 United States Code Section 1441.

**WHEREFORE**, the defendant prays that the above action now pending in the Court of Common Pleas for Philadelphia County be removed to this Court.

*Marshall, Dennehey, Warner,*
*Coleman & Goggin*

By: _____
*James D. Hilly, Esquire*
*Attorney for Defendant*

COMMONWEALTH OF PENNSYLVANIA:
                                             SS
COUNTY OF PHILADELPHIA               :

## *AFFIDAVIT*

*JAMES D. HILLY, ESQUIRE*, being duly sworn according to law deposes and says that the facts set forth in the foregoing Notice of Removal are true and correct to the best of his knowledge, information and belief.

*JAMES D. HILLY*

SWORN TO AND SUBSCRIBED :

BEFORE ME THIS 21st DAY :

OF September , 2015 :

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
MARTHA L. LICWINKO, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires May 24, 2019

14196.01789.378.syw.101890963

| | |
|---|---|
| **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**<br>BY: JAMES D. HILLY, ESQUIRE<br>IDENTIFICATION NO.: 27571<br>620 FREEDOM BUSINESS CENTER – 3RD FLOOR<br>KING OF PRUSSIA, PA 19406<br>(610) 354-8493<br>E-MAIL ADDRESS: jdhilly@mdwcg.com | **ATTORNEY FOR: DEFENDANT** |

| | | |
|---|---|---|
| ROBERT FOSTER | : | COURT OF COMMON PLEAS |
| | : | PHILADELPHIA COUNTY |
| v. | : | AUGUST TERM, 2015 |
| FRANK SIEGEL | : | NO. 004482 |

## CERTIFICATION OF SERVICE

I hereby certify that I have served upon all persons listed below a true and correct copy of Notice of Removal in the above-captioned matter this date by the Court's electronic mailing system and regular mail.

Adam D. Wilf, Esquire
***LUNDY LAW, LLP***
1635 Market Street - 19th Floor
Philadelphia, PA 19103-2297
*Attorney for Plaintiff, Robert Foster*

By: _____
James D. Hilly, Esquire
*Attorney for Defendant*

Date: 9/21/15

# *Exhibit "A"*

Court of Common Pleas of Philadelphia County
Trial Division
# Civil Cover Sheet

**For Prothonotary Use Only (Docket Number)**
AUGUST 2015
E-Filing Number: 1509006622
**004482**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ROBERT FOSTER | FRANK SIEGEL |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1120 E. SUSQUEHANNA AVENUE<br>PHILADELPHIA PA 19125 | 2807 HUNTERDON DRIVE<br>CINNAMINSON NJ 08077 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | [X] Complaint   [ ] Petition Action   [ ] Notice of Appeal<br>[ ] Writ of Summons   [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| [ ] $50,000.00 or less<br>[X] More than $50,000.00 | [ ] Arbitration<br>[X] Jury<br>[ ] Non-Jury<br>[ ] Other: | [ ] Mass Tort<br>[ ] Savings Action<br>[ ] Petition | [ ] Commerce<br>[ ] Minor Court Appeal<br>[ ] Statutory Appeals | [ ] Settlement<br>[ ] Minors<br>[ ] W/D/Survival |

**CASE TYPE AND CODE**
2V - MOTOR VEHICLE ACCIDENT

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
SEP 03 2015
**K. EDWARDS**

**IS CASE SUBJECT TO COORDINATION ORDER?**
YES   NO

### TO THE PROTHONOTARY:
Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: ROBERT FOSTER
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| ADAM D. WILF | LUNDY LAW<br>1635 MARKET STREET, 19TH FLOOR<br>PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)567-3000 | (215)567-2700 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 78221 | awilf@lundylaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| ADAM WILF | Thursday, September 03, 2015, 10:34 am |

FINAL COPY (Approved by the Prothonotary Clerk)

LUNDY LAW, LLP
BY: ADAM D. WILF, ESQUIRE
IDENTIFICATION NO. 78221
19th FLOOR
1635 MARKET STREET
PHILADELPHIA, PA. 19103-2297
215-567-3000
awilf@lundylaw.com

ATTORNEY FOR PLAINTIFF

ASSESSMENT OF DAMAGES HEARING:

[ X ] IS [ ] IS NOT REQUIRED
[ X ] Jury   [ ] Non-Jury   [ ] Arbitration

COURT OF COMMON PLEAS

PHILADELPHIA COUNTY

Trial Division

TERM, 2015

Robert Foster
1120 E. Susquehanna Avenue
Philadelphia, PA 19125

      Plaintiff

v.

Frank Siegel
2807 Hunterdon Drive
Cinnaminson, NJ 08077

No.

      Defendant

NOTICE TO DEFEND

| NOTICE | AVISO |
|---|---|
| "You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so, the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | "Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) días, de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defienda, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. |
| "YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. | "LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL. |
| **LAWYER REFERRAL SERVICE**<br>1 Reading Center<br>Philadelphia, PA 19107<br>215-238-1701 | **LAWYER REFERRAL SERVICE**<br>1 Reading Center<br>Philadelphia, PA 19107<br>215-238-1701 |

Case ID: 150804482

LUNDY LAW, LLP
BY: ADAM D. WILF, ESQUIRE
IDENTIFICATION NO.: 78221
19th FLOOR
1635 MARKET STREET
PHILADELPHIA, PA 19103-2297
(215) 567-3000
awilf@lundylaw.com

ATTORNEY FOR PLAINTIFF

Robert Foster
1120 E. Susquehanna Avenue
Philadelphia, PA 19125

Plaintiff

v.

Frank Siegel
2807 Hunterdon Drive
Cinnaminson, NJ 08077

Defendant

COURT OF COMMON PLEAS

PHILADELPHIA COUNTY

TERM, 2015

NO.

## COMPLAINT

1. Plaintiff, Robert Foster, is an adult individual who resides at the address noted in the caption.

2. Defendant, Frank Siegel, is an adult individual who resides at the address noted in the caption.

3. On or about July 7, 2015, at approximately 9:15 p.m., plaintiff, Robert Foster was a pedestrian crossing the street at or near 700 E. Girard Avenue, walking to Susquehanna Avenue, Philadelphia, Pennsylvania, when he was struck by an automobile travelling on E. Girard Avenue and operated by defendant, Frank Siegel, and plaintiff, Robert Foster, sustained personal injuries more fully set forth at length below.

## COUNT I

### Plaintiff, Robert Foster v. Defendant, Frank Siegel

4. Plaintiff, Robert Foster by reference the allegations contained in the above paragraphs as though the same were herein set forth fully at length.

5. The carelessness and negligence of defendant, Frank Siegel, consisted, *inter alia*, of the following.

   a. failing to stop for pedestrians;

   b. operating said motor vehicle in a careless manner, without regard for the rights and safety of the pedestrians;

   c. failing to have said motor vehicle in proper and adequate control at all times;

   d. operating said motor vehicle at an excessive rate of speed under the circumstances;

   e. failing to exercise due and proper care;

   f. failing to give proper and sufficient warning of the approach of said motor vehicle;

   g. failing to stop said motor vehicle before striking plaintiff;

   h. careless driving in violation of Section 3714A of the motor vehicle code;

   i. failing to maintain a proper lookout; and

   j. violation of the ordinances of her County and statutes of Pennsylvania pertaining to the operation of vehicle, as it relates to the above acts of negligence.

6. As a direct and proximate result of the aforesaid negligence of defendant, Frank Siegel, plaintiff, Robert Foster, has suffered severe and permanent injuries to his body which include but are not limited to right tibial plateau fracture, right knee pain, surgical repair, scarring, permanent loss of function of the right leg and head. Plaintiff, Robert Foster, suffered internal injuries of an unknown nature, he suffered severe aches, pains, mental anxiety and anguish and a severe shock to his entire nervous system and other injuries the full extent of which is not yet known. Plaintiff, Robert Foster, sustained an aggravation and/or exacerbation of injuries both known and unknown. He has in the past and will in the future undergo severe pain and unable to attend to his usual duties and occupation, all to his great financial detriment and loss.

7. As a direct and proximate result of the aforesaid negligence of defendant, Frank Siegel, plaintiff, Robert Foster, has been compelled in order to effectuate a cure for the aforesaid injuries, to expend large sums of money for medicine and medical attention and may be required to expend additional sums for the same purpose in the future.

8. As a direct and proximate result of the aforesaid negligence of defendant, Frank Siegel, plaintiff, Robert Foster, has been prevented from attending to his usual daily activities and duties, and may be so prevented for an indefinite period of time in the future, all to his great detriment and loss.

9. As a direct and proximate result of the aforesaid negligence of defendant, Frank Siegel, plaintiff, Robert Foster, has suffered physical pain and mental anguish and humiliation and may continue to suffer same for an indefinite period of time in the future.

10. As a direct and proximate result of the aforesaid negligence of defendant, Frank Siegel, plaintiff, Robert Foster, has incurred in the past and will continue to incur

in the future additional financial expenses or losses which he is entitled to recover.

WHEREFORE, plaintiff, Robert Foster, demands judgment in his favor and against defendant, Frank Siegel, in a sum not in excess of Fifty Thousand Dollars ($50,000.00) plus costs, pre and post judgment interest and all other relief allowed by law.

LUNDY LAW, LLP

Date: 9/3/15

BY: _____
Adam D. Wilf, Esquire
Attorney for Plaintiff

Case ID: 150804482

VERIFICATION

I, Adam D. Wilf, Esquire, hereby state that I am the attorney in this action and verify that the statements made in the foregoing pleading are true and correct to the best of my knowledge, information and belief. I understand that the statements therein are made subject to the penalties of 18 P.A. C.S.A. §4904 relating to unsworn falsification to authorities.

Date: 9/3/15

Adam D. Wilf, Esquire

Case ID: 150804482